IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
_____ DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 MAR 30  PM 4:22

CLERK _____
  SO. DIST. OF GA.

CV 112 044

[Enter the full name of the plaintiff in this section]

Melissa Rene Pringle
P.O Box 508
Wadley, GA 30477

v.

**Civil Action No.** _____
[to be assigned by Clerk]

[Enter the full name of each defendant in this action.
If possible, please list only one defendant per line.]

Family Dollar
P.O Box 1017
Charlotte, NC 28201-1017

Stacey Bales
212 W Trilby Street
Wrightsville, GA 31096

If allowed by statute, do you wish to have a trial by jury?   Yes ✓    No ____

[If any answer requires additional space, please use additional paper and attach hereto]

## I.   PREVIOUS LAWSUITS

**A.**   Have you begun other lawsuits in state or federal court dealing with the same Facts involved in this action?
                    Yes ____   No ✓

B.  If your answer to A is Yes, describe the lawsuit in the space below. [If more than one lawsuit, describe on another sheet using the same outline.]

  1.  Parties to this lawsuit:

      Plaintiff: _____

      Defendant: _____

  2.  Court: _____
      (If federal court, name the district; if state court, name the county)

  3.  Docket Number: _____

  4.  Name(s) of Judge(s) to whom case was assigned: _____

  5.  Status of Case: _____
      (For example, was the case dismissed? Settled? Appealed? Still Pending?)

  6.  Date lawsuit was filed: _____

  7.  Date of disposition (if concluded): _____

C.  Do you have any other lawsuit(s) pending in the federal court?

    Yes _____   No __✓__

## II. PARTIES

In Item A below, place your name and address in the space provided. [If additional plaintiffs, do the same on another sheet of paper.]

A.  Name of Plaintiff: _____

    Address: _____

In Item B below, place the full name of the defendant, and his/her/its address, in the space provided. Use Item C for additional defendants, if any.

B.  Name of Defendant: _____

    Address: _____

2

## IV. RELIEF.

*State briefly and exactly what you want this court to do for you.*

I want to thank the court for considering my case. There is no amount that can replace the time and energy that were lost during my hardship caused by Family Dllr. This wrong doing caused dissension in my home, forced me to file bankrupt and devestated me mentally and physically. I am asking for Back and forward pay in the amount of $878,000. (BP $64,000) & FP $815,000), Bankruptcy pay out of $10,000 and punitive damages in the amount of $2.5 million.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __30th__ day of __March__, __2012__.

_Melissa Rene Pringle_
**Signature of Plaintiff**

P.O Box 508
Wadley, GA 30477
**Address**

(478) 206-3671
**Phone Number**

5

C.  **Additional Defendants (provide the same information for each defendant as listed in Item B above):**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

III. **STATEMENT OF CLAIM**

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the name(s) of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets of paper if necessary.*

I began my employment with Family Dollar in March 2005 as an Assistant Manager in Wadley, GA and later promoted to Store Manager in Wrightsville, GA under the supervision of my former DM Kay Arnold. Stacey Bales became DM over the district I worked in. I am a person with a disability. I requested an accommodation (light duty/part-time) that was afforded to other employees, but my request was

3

**III.   STATEMENT OF CLAIM - *continued.***

denied. On March 9, 2010 while out on Family Medical leave I was notified that I was discharged without a letter of termination stating the reasons why. I was replaced by a white male who was paid a greater salary. I believed I have been discriminated against because I am a person with a disability or perceived to be a person with a disability in violation of Title I of the Americans with Disabilities Act of 1990 as amended, race (African American) sex (female) in violation of the Title VII of the Civil Rights Act of 1964, as amended and the Equal Act of 1963

The EEOC finding in their investigation and testimonial ph.P. evidence from employees of Family Dollar will reveal my claim to be factual and accurate.

4

EEOC Form 161-A (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## NOTICE OF RIGHT TO SUE
*(CONCILIATION FAILURE)*

| | |
|---|---|
| **To:** Melissa Pringle<br>P.O. Box 508<br>Wadley, GA 30477 | **From:** Atlanta District Office<br>100 Alabama Street, S.W.<br>Suite 4R30<br>Atlanta, GA 30303 |

☐ *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 846-2010-43131 | Terry Tollefson,<br>Investigator | (404) 562-6970 |

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_____ for
Bernice Williams-Kimbrough,
District Director

JAN 1 0 2012
*(Date Mailed)*

cc: Kristen Livingston, PHR
Team Relations Manager
Family Dollar Stores of Georgia, Inc.
P.O. Box 1017
Charlotte, NC 28201-1017

Enclosure with EEOC
Form 161-A (11/09)

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*